**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, RURAL HOUSING SERVICE OR SUCCESSOR AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Plaintiff<br>  v.<br><br>KINDA J PELLINO N/K/A KINDA SKROBLUS A/K/A KINDA J PELLINO-SKROBLUS; MORTON COMMUNITY BANK F/K/A PEKIN SAVINGS BANK; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>        Defendant. | No. 17-cv-8371<br><br>Judge Feinerman |

## PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT AND FOR ENTRY OF JUDGMENT OF FORECLOSURE

The United States of America, by John R Lausch Jr., United States Attorney for the Northern District of Illinois, moves this Honorable Court for an Order of Default Judgment pursuant to Federal Rule of Civil Procedure 55 and in support, states as follows:

1. Plaintiff initiated these proceedings on November 17, 2017, seeking a Judgment of Foreclosure and Sale.

2. That the Defendant:

    a. Kinda J Pellino was served by personal service on December 6, 2017 (*see* Docket Entry #8)

    b. Morton Community Bank was served by corporate service on November 22, 2017 (*see* Docket Entry #9)

3. More than twenty one (21) days have elapsed since Defendants were served, and they have failed to answer, plead, or otherwise defend the allegations of the United States' Complaint.

4. Defendants' failure to defend and deny the allegations of the United States' complaint results in those allegations being admitted and the United States therefore moves the

Court for the entry of Default Judgment.

5. Defendants are not currently on active duty in the United States Military. (*See* Affidavit as to Military Service attached as Exhibit A).

6. The United States' claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit. (*See* Affidavit of Amounts Due and Owing attached as Exhibit B; *see* Certificate of Prove-up of Foreclosure Fees and Costs attached as Exhibit C).

WHEREFORE, the United States moves this Honorable Court for an Order of Default Judgment of Foreclosure against the Defendants, Dawn M Berg, and for that amount as set forth and made certain in its Judgment Affidavit and Certificate of Prove-up of Foreclosure Fees and Costs.

Respectfully submitted,

JOHN R LAUSCH Jr.
United States Attorney

By: *s/Ashley K Rasmussen*_____
Ashley K Rasmussen
Attorney for the United States
arasmussen@potestivolaw.com
 223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
(312) 263-0003